IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JARED DANIEL MABE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00498 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **MEDIKO,** *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

Plaintiff Jared Daniel Mabe, a former inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. After filing this action, Mabe advised the court that he had been released from incarceration. (*See* ECF No. 36.) By order entered November 20, 2020, the court advised Mabe that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 37.) The court ordered Mabe to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Mabe that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Mabe did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

**ENTERED** this 7th day of December, 2020.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE